UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────

ROBERT L. CURRAN,

                            Plaintiff,

                                                                        **ORDER**
              v.                                                               13-CV-721-A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                            Defendant.

─────────────────────────────────

      The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1) for pretrial proceedings.  On April 18, 2014, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 15) recommending that the decision of the Commissioner of Social Security be reversed and the action be remanded for further administrative proceedings.  Plaintiff's motion for judgment on the pleadings in his favor (Dkt. No. 12) should be granted.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the materials submitted by the parties, and no objections having been timely filed, it is hereby

      **ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation (Dkt. No. 15), the decision of the Commissioner is reversed and the matter is remanded for further administrative proceedings.  Plaintiff Curran's motion for judgment on the pleadings in his favor (Dkt. No. 12) is granted.

The Clerk of Court shall take all steps necessary to close the case.

**IT IS SO ORDERED.**

    *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   May 19, 2014